UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-30094-RGS

DENNIS DILIBERO

v.

MATTHEW DIVRIS

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

April 5, 2023

STEARNS, D.J.

I agree with Magistrate Judge Cabell's careful and thorough analysis of the record and his conclusion that petitioner's counsel's performance well satisfied the effective assistance standard set out in *Strickland v. Washington*, 466 U.S. 668 (1984), and that petitioner in that regard has failed to meet his "high" and "doubly deferential burden" of showing that the Massachusetts Appeals Court's affirmance of his conviction was either contrary to or involved an unreasonable application of federal law as determined by the United States Supreme Court. Consequently, the Recommendation is <u>ADOPTED</u>, and the Petition is <u>DISMISSED</u> with

prejudice.[1]  The Clerk will enter judgment for the defendant with prejudice and close the case.[2]

                                SO ORDERED.

                                /s/ Richard G. Stearns_____
                                UNITED STATES DISTRICT JUDGE

---

[1] DiLibero filed a timely Objection to the Magistrate's Report and Recommendation on April 3, 2023.  The Objection basically repeats the arguments made to and considered by the Magistrate Judge and is directed less to any purported errors in the conclusions reached in his Report than it is to allegedly mistaken rulings made by the Massachusetts Appeals Court in its rejection of petitioner's appeal of his conviction.

[2] Petitioner is advised that any request for the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253 of the court's Order dismissing his petition is also DENIED, the court seeing no meritorious or substantial basis for an appeal.